IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DELMAR WILSON | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. §§ 111, 113(a)(1), 113(a)(3), and 1153; and 26 U.S.C. § 5872 |

COUNT ONE

**Assault of a Federal Officer**

The Grand Jury Charges:

On or about January 18, 2021, in the District of North Dakota, in Indian Country, and with the exclusive jurisdiction of the United States,

DELMAR WILSON,

with the use of a deadly and dangerous weapon, forcibly assaulted, resisted, opposed, impeded, and interfered with Sergeant Alex Smith, a federal officer maintaining a Special Law Enforcement Commission, while Sergeant Smith was engaged in and on account of the performance of his official duties;

In violation of Title 18, United States Code, Section 111.

## COUNT TWO

### Assault with Intent to Commit Murder

The Grand Jury Further Charges:

On or about January 18, 2021, in the District of North Dakota, in Indian Country, and within the exclusive jurisdiction of the United States,

DELMAR WILSON,

an Indian, did assault Sergeant Alex Smith, with a .357 caliber handgun, with the intent to commit the crime of murder;

In violation of Title 18, United States Code, Sections 113(a)(1) and 1153.

## COUNT THREE

### Assault with a Dangerous Weapon

The Grand Jury Further Charges:

On or about January 18, 2021, in the District of North Dakota, in Indian Country, and with the exclusive jurisdiction of the United States,

DELMAR WILSON,

an Indian, did assault Sergeant Alex Smith with a dangerous weapon, namely, a .357 caliber handgun, with intent to do bodily harm and without just cause and excuse;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

FORFEITURE ALLEGATION
UNDER 26 U.S.C. § 5872

The Grand Jury Further Finds Probable Cause That:

Upon conviction of the offenses alleged in Counts One - Three of this Indictment,

DELMAR WILSON

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, all firearms involved in the commission of the offense, including, but not limited to, the following:

- One Ruger Brand .357 caliber handgun with serial number 177-73051.

          A TRUE BILL:

          /s/ Foreperson
          Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
Acting United States Attorney

GLD/tmg