## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Delmar Wilson, | ) | |
| | ) | Case No. 1:21-cr-237 |
| Defendant. | ) | |

Before the court is defendant's motion for furlough. (Doc. No. 22). Defendant is in the custody of the United States Marshals Service at the Ward County Jail in Minot, North Dakota. He requests to be temporarily released from 10:00 AM until 5:00 PM on June 22, 2022, so that he can travel to Sanford Health in Bismarck, North Dakota, for a medical appointment.

The court, in consultation with the Pretrial Services Office and the United States Marshals Service, is not presently inclined to furlough defendant. The court has been advised that defendant has an active arrest warrant in Dunn County, North Dakota. The import of this is that the State will take custody of defendant once he is released from federal custody. Consequently, it unlikely that defendant would make it to his scheduled appointment even if furloughed by this court.

Accordingly, defendant's motion (Doc. No. 22) is **DENIED** without prejudice. The court may revisit this issue on appropriate motion should defendant is able to resolve his outstanding tribal warrant.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court