# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING FURLOUGH** |
| | ) | |
| vs. | ) | |
| | ) | |
| Delmar Wilson, | ) | Case No. 1:21-cr-237 |
| | ) | |
| Defendant. | ) | |

The court ordered defendant detained following a detention hearing on May 9, 2022, finding that the United States had demonstrated by clear and convincing evidence that there were no available release conditions that would reasonably ensure the safety of other persons or the community. (Doc. No. 18).  Defendant has since been housed by the United States Marshals Service at the Ward County Jail in Minot, North Dakota.

On June 21, 2022, the court granted defendant's request for a furlough so that he could travel to Sanford Health in Bismarck, North Dakota for a medical appointment.   (Doc. Nos. 24, 25).

Now before the court is defendant's motion for a second furlough. (Doc. No. 26).  Defendant requests that the court temporarily release him from 5:00 AM to 7:30 PM on July 26, 2022, so that he can again travel to Sanford Health for additional medical appointments.

The court **GRANTS** defendant's motion (Doc. No. 26).  Defendant shall be released no earlier than 5:00 AM on July 26, 2022, to the third-party custody of his wife, Colleen Wilson, for transport to his medical appointments at Sanford Health. While on temporary release, defendant shall refrain from any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical

practitioner; and any use of inhalants. Defendant shall return to the Ward County Jail no later than 7:30 PM on July 26, 2022. Upon his return, he shall be remanded back into custody pending further order of the court. Defendant shall submit to substance abuse testing if directed upon his return to custody to verify his compliance with this court's order.

     **IT IS SO ORDERED.**

     Dated this 25th day of July, 2022.

                         */s/ Clare R. Hochhalter*
                         Clare R. Hochhalter, Magistrate Judge
                         United States District Court