IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELMAR WILSON,<br><br>Defendant. | Case No. 1:21-cr-00237<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

WHEREAS, in the Superseding Indictment regarding the above case, the United States sought forfeiture of specific property of the defendant;

AND AS A RESULT of the guilty plea on November 29, 2022, to Counts One and Three of the Superseding Indictment, specifically, Assault of a Federal Officer, in violation of Title 18 U.S.C. § 111, and Count Three, Assault with a Dangerous Weapon, in violation of Title 18 U.S.C. §§ 113(a)(3) and 1153, (Doc. 8), together with the defendant's waiver of any rights to said property in open court, pursuant to 18 U.S.C. § 924(d)(1), the defendant shall forfeit to the United States of America all of his right, title and interest to:

- One Ruger, .357 caliber handgun with serial number 177-73051.

It is hereby ORDERED, ADJUDGED and DECREED:

1. That all of the defendant's right, title and interest in the following property is hereby forfeited, that the United States is hereby authorized to seize the following property at the time of sentencing, and it will be forfeited to the United States of America for disposition in accordance with the law, that being:

- One Ruger, .357 caliber handgun with serial number 177-73051.

2. That all of the aforementioned forfeited property is to be held by the Bureau of Indian Affairs, in their custody and control.

3. That the United States of America shall post Notice of Forfeiture on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of any and all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

ORDERED this __29__ day of November 2022.

Daniel M. Traynor, District Judge
United States District Court